.UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL AYOTTE,

        Plaintiff,

v.

B. STEMEN, ET. AL.,

        Defendant.

_____/

Case No. 15-13826

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
STEPHANIE DAWKINS DAVIS

**ORDER ADOPTING REPORT AND RECOMMENDATION [47];
DENYING:
(1) PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [3];
(2) MOTION FOR A TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION [23];
(3) AMENDED MOTION TO COMPEL HEARING ON MOTION FOR TRO/PI [27];
(4) MOTION REQUESTING A RULING [30];
(5) MOTION TO TAKE JUDICIAL NOTICE [31];
(6) MOTION REQUESTING RULING ON MULTIPLE MOTIONS [34]**

On August 2, 2016, Magistrate Judge Davis issued a Report and Recommendation [47] on the following Motions filed by Plaintiff: Motion For Preliminary Injunction [3]; Motion for a Temporary Restraining Order/Preliminary Injunction [23]; Amended Motion to Compel Hearing on Motion for TRO/PI [27]; Motion Requesting a Ruling [30]; Motion to Take Judicial Notice [31]; and Motion

1

Requesting Ruling on Multiple Motions [34].  Neither party has filed any objection to the Report and Recommendation.

The Court has reviewed the various Motions, responses filed by Defendants and the Report and Recommendation [47] denying Plaintiffs various Motions concerning a Preliminary Injunction [3; 23; 27; 30; 31; 34]. The Report and Recommendation is hereby **ADOPTED** and entered as the findings and conclusions of the Court.  Accordingly,

**IT IS ORDERED** that Plaintiff's Motions for Preliminary Injunction [3; 23; 27; 30; 31; 34] are **DENIED**.

**SO ORDERED**.

Dated: September 28, 2016

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge